In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-502 CR


 ______________________


 

DAVID WAYNE CAMPBELL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 01-03-01652 CR






MEMORANDUM OPINION


 On March 8, 2007, we abated the appeal and remanded the case to the trial court for
a hearing to determine, among other things, whether the appellant desired to pursue his
appeal. The trial court conducted the hearing on April 12, 2007. The appellant personally
appeared at the hearing and in open court stated that he does not wish to pursue his appeal. 
A supplemental clerk's record and a supplemental reporter's record have been filed. 

 The appeal is reinstated. Although no written motion to dismiss has been filed,
because of appellant's statements in open court in the presence of his attorney, good cause
exists to suspend the operation of Rule 42.2(a) in accordance with Rule 2. See Tex. R. App.
P. 2, 42.2(a). The appellant voluntarily abandoned the appeal before our opinion issued. 
Accordingly, the appeal is dismissed. 

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered May 16, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.